# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ABC INDUSTRIAL LAUNDRY, LLC., | ) | |
| Plaintiff, | ) | Case No. 2:09-cv-00474-GMN-GWF |
| vs. | ) | **ORDER** |
| LAVATEC, INCORPORATED, | ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated March 7, 2011, required the parties to file a Joint Status Report regarding the status of the bankruptcy filed by Defendant/Counter-Claimant Lavatec, Inc. by June 6, 2011. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **June 27, 2011**.

DATED this 16th day of June, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge