1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| 8  ABC INDUSTRIAL LAUNDRY, LLC., | ) | |
| 9 | ) | Case No.  2:09-cv-00474-GMN-GWF |
|     Plaintiff, | ) | |
| 10  vs. | ) | **ORDER** |
| 11  LAVATEC, INCORPORATED, | ) | |
| 12 | ) | |
|     Defendants. | ) | |
| 13 | ) | |

14    **IT IS ORDERED** counsel for the parties shall file a Joint Status Report regarding the

15  bankruptcy filed by Defendant/Counter-Claimant Lavatec, Inc. no later than **October 13, 2011**.

16    DATED this 3rd day of October, 2011.

17
18
19  GEORGE FOLEY, JR.
    United States Magistrate Judge
20
21
22
23
24
25
26
27
28