# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ABC INDUSTRIAL LAUNDRY, LLC., ) | |
| ) | |
| Plaintiff, ) | Case No.  2:09-cv-00474-GMN-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| LAVATEC, INCORPORATED, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report regarding the bankruptcy filed by Defendant/Counter-Claimant Lavatec, Inc. no later than **February 2, 2012**.

DATED this 23rd day of January, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge