1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

8   ABC INDUSTRIAL LAUNDRY, LLC.,           )
                                            )
9                       Plaintiff,          )        Case No.  2:09-cv-00474-GMN-GWF
                                            )
10  vs.                                     )        **ORDER**
                                            )
11  LAVATEC, INCORPORATED,                  )
                                            )
12                      Defendants.         )
    _____)

14      **IT IS ORDERED** counsel for the parties shall file a Joint Status Report regarding the

15  bankruptcy filed by Defendant/Counter-Claimant Lavatec, Inc. no later than **February 2, 2012**.

16      DATED this 23rd day of January, 2012.

17
18                                          _____
                                            GEORGE FOLEY, JR.
19                                          United States Magistrate Judge
20
21
22
23
24
25
26
27
28