# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ABC INDUSTRIAL LAUNDRY, LLC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LAVATEC, INCORPORATED, ) <br> ) <br> Defendants. ) <br> ) | Case No.  2:09-cv-00474-GMN-GWF <br><br> **ORDER** |

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report regarding the bankruptcy filed by Defendant/Counter-Claimant Lavatec, Inc. no later than **February 21, 2012**.

DATED this 9th day of February, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge