# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ABC INDUSTRIAL LAUNDRY, LLC., ) | |
| ) Plaintiff, ) | Case No. 2:09-cv-00474-GMN-GWF |
| ) vs. ) | **ORDER** |
| ) LAVATEC, INCORPORATED, ) | |
| ) Defendants. ) | |

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report regarding the bankruptcy filed by Defendant/Counter-Claimant Lavatec, Inc. no later than **February 21, 2012**.

DATED this 9th day of February, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge