# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ABC INDUSTRIAL LAUNDRY, LLC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LAVATEC, INCORPORATED, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.  2:09-cv-00474-GMN-GWF <br><br> **ORDER** |

Pursuant to the status hearing held on August 7, 2012,

**IT IS ORDERED** that unless a stipulation of dismissal with prejudice is lodged with the court on or before August 21, 2012, the Plaintiff shall schedule a Rule 26(f) conference with Defendant and file a proposed discovery plan and scheduling order by September 7, 2012.

DATED this 9th day of August, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge