1
2
3
4
5
6

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

7   ABC INDUSTRIAL LAUNDRY, LLC.,            )
                                             )
8                      Plaintiff,            )        Case No.  2:09-cv-00474-GMN-GWF
                                             )
9   vs.                                      )        **ORDER**
                                             )
10  LAVATEC, INCORPORATED,                   )
                                             )
11                     Defendants.           )
    _____)

12

13        Pursuant to the status hearing held on August 7, 2012,

14        **IT IS ORDERED** that unless a stipulation of dismissal with prejudice is lodged with the court

15  on or before August 21, 2012, the Plaintiff shall schedule a Rule 26(f) conference with Defendant and

16  file a proposed discovery plan and scheduling order by September 7, 2012.

17        DATED this 9th day of August, 2012.

18

19                                           _____
                                             GEORGE FOLEY, JR.
20                                           United States Magistrate Judge

21
22
23
24
25
26
27
28